GEORGE F. PERKINS et al., Appellants, *v.* COLLIS P. HUNTINGTON, Respondent.

(Argued October 3, 1893 ; decided October 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Joseph H. Choate* for appellants.

*Frederic R. Coudert* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed. _____